Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA 94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
STEPHANIE RENEE SEPULVEDA

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEAN TURK, Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8935
jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE RENEE SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 1:15-CV-01205 (BAM)<br><br>**ORDER RE: STIPULATION EXTENDING BRIEFING SCHEDULE** |

1    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
2  with the approval of the Court, that Plaintiff shall have a second extension of thirty (30) days to
3  serve his Confidential Letter Brief. Plaintiff's Confidential Letter Brief shall now be served on or
4  before **April 20, 2016**. All remaining briefing deadlines are modified accordingly. Plaintiff seeks
5  the additional extension as a result of plaintiff's counsel relocating her business office, and the
6  associated matters caused by moving offices, in conjunction with a heavy workload despite due
7  diligence.

8                                              Respectfully submitted,

9  Dated: March 21, 2016                       NEWEL LAW
10                                      By:    *Melissa Newel*
                                               Melissa Newel
11                                             Attorney for Plaintiff
                                               STEPHANIE RENEE SEPULVEDA
12

13 Dated: March 21, 2016                       BENJAMIN B. WAGNER
                                               United States Attorney
14                                             DEBORAH LEE STACHEL
15                                             Acting Regional Chief Counsel, Region IX
                                               Social Security Administration
16
17                                      By:    Jean Turk
                                               JEAN TURK
18                                             (*Authorized by email dated 3/21/2016*)
                                               Special Assistant U.S. Attorney
19                                             Attorneys for Defendant

20                                      **ORDER**

21    Based upon the above stipulation of the parties, and for good cause shown, IT IS
22 HEREBY ORDERED that Plaintiff shall have a second extension of time, up to and including
23
24 April 20, 2016, to serve her confidential letter brief. All other deadlines set forth in the
25 Scheduling Order are modified accordingly.

26 IT IS SO ORDERED.

27    Dated:   **March 22, 2016**                /s/ *Barbara A. McAuliffe*
28                                              UNITED STATES MAGISTRATE JUDGE